UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ODESSIA CURRY-LINDSEY                                                         PLAINTIFF

VERSUS                                            CIVIL ACTION NO. 1:04CV503-LG-RHW

MISSISSIPPI HOUSING AUTHORITY                                                 DEFENDANT

### ORDER DENYING MOTION TO COMPEL

Before the Court is Plaintiff's [56] Motion to Compel.  In her Motion, Plaintiff essentially asks the Court to deem as admitted her requests for admission.  She also appears to complain that the Defendant's responses to interrogatories were not "truthful" and were untimely.

In an [55] Order dated May 15, 2006, the Court denied Plaintiff's Motion to Deem Requests for Admissions Admitted.  Hence, Plaintiff's [56] Motion to Compel raises an issue already ruled on by the Court.  Although Plaintiff complains that the responses to interrogatories were not truthful or timely, she does not assert that Defendant failed to respond to her interrogatories or that the responses were somehow legally inadequate.  Plaintiff does not request any relief from the Court that would be a proper subject for a Motion to Compel as it relates to her interrogatories.

IT IS THEREFORE ORDERED that Plaintiff's [56] Motion to Compel is DENIED.

SO ORDERED, this the 6th day of June, 2006.

s/ Robert H. Walker
UNITED STATES MAGISTRATE JUDGE