IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ODESSIA CURRY-LINDSEY** | § | **PLAINTIFF** |
| | § | |
| V. | § | 1:04CV530LG-RHW |
| | § | |
| **MISSISSIPPI REGIONAL HOUSING AUTHORITY VIII** | § § | **DEFENDANT** |

## JUDGMENT ON DECISION BY THE COURT
## PURSUANT TO FED. R. CIV. P. 58

This action came on for hearing before the Court on the Motion of Defendant Mississippi Regional Housing Authority VIII for Summary Judgment [51]. The issues having been duly heard and a decision having been duly rendered in the form of Findings of Facts and Conclusions of Law stated orally and recorded in open court pursuant to FED. R. CIV. P. 52,

**IT IS ORDERED AND ADJUDGED,** that because there is no genuine issue as to any material fact on Plaintiff's claims, judgment is rendered in favor of the Defendant Mississippi Regional Housing Authority VIII, pursuant to FED. R. CIV. P. 56. The Plaintiff's claims are hereby dismissed with prejudice. All other motions are denied as moot.

**SO ORDERED AND ADJUDGED** this the 25th day of August, 2006.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE